IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBY BOYD | : | CIVIL ACTION |
| | : | |
| v. | : | No. 09-4619 |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| *Commissioner of Social Security* | : | |
| *Administration* | : | |

## **ORDER**

AND NOW, this 18th day of March, 2011, upon consideration of Plaintiff Bobby Boyd's Request for Review, and Defendant's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, and Defendant's objection thereto, it is ORDERED:

1. Defendant's objection is OVERRULED;

2. The Report and Recommendation is APPROVED and ADOPTED;

3. Plaintiff's Request for Review is GRANTED.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez, J.